Commonwealth *v.* Griffin, Appellant.

Submitted December 7, 1970. *Alfred P. Filippone,* and *Girone & Filippone,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Grucella, Appellant.

Submitted December 7, 1970. *Bruce S. Miller,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for appellant; *Jerry B. Chariton,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Haushalter, Appellant.

Submitted November 13, 1970. *James A. Ashton,* and *Ashton & Stitt,* for appellant; *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.